UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL REEVES,

Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

Defendant.

26-CV-548 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On February 7, 2026, the Court received a letter from Plaintiff, advising that he wishes to withdraw his complaint. (ECF 6.)

The Court grants Plaintiff's request to withdraw this action. The complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   March 20, 2026
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge